NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CSC SUGAR LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, AMERICAN SUGAR COALITION, AMERICAN SUGAR CANE LEAGUE, AMERICAN SUGARBEET GROWERS ASSOCIATION, AMERICAN SUGAR REFINING, INC., FLORIDA SUGAR CANE LEAGUE, RIO GRANDE VALLEY SUGAR GROWERS, INC., SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, UNITED STATES BEET SUGAR ASSOCIATION, CAMARA NACIONAL DE LAS INDUSTRIAS AZUCARERA Y ALCOHOLERA,**
*Defendants-Appellees*

---

2020-2227

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00016-LMG, Senior Judge Leo M. Gordon.

-------------------------------------------------

**CSC SUGAR LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, GOVERNMENT OF MEXICO, AMERICAN SUGAR COALITION, AMERICAN SUGAR CANE LEAGUE, AMERICAN SUGARBEET GROWERS ASSOCIATION, AMERICAN SUGAR REFINING, INC., FLORIDA SUGAR CANE LEAGUE, RIO GRANDE VALLEY SUGAR GROWERS, INC., SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, UNITED STATES BEET SUGAR ASSOCIATION, CAMARA NACIONAL DE LAS INDUSTRIAS AZUCARERA Y ALCOHOLERA,**
*Defendants-Appellees*

————————————

2020-2228

————————————

Appeal from the United States Court of International Trade in No. 1:20-cv-00017-LMG, Senior Judge Leo M. Gordon.

————————————

**JUDGMENT**

————————————

JOSEPH DIEDRICH, Husch Blackwell LLP, Madison, WI, argued for plaintiff-appellant. Also represented by MICHAEL KLEBANOV, NITHYA NAGARAJAN, JEFFREY S. NEELEY, Washington, DC.

DOUGLAS GLENN EDELSCHICK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by REGINALD THOMAS BLADES, JR., BRIAN M. BOYNTON, JEANNE DAVIDSON; BRANDON JERROLD CUSTARD, PAUL KEITH, Office of the Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

JONATHAN M. ZIELINSKI, Cassidy Levy Kent USA LLP, Washington, DC, argued for defendants-appellees American Sugar Coalition, American Sugar Cane League, American Sugarbeet Growers Association, American Sugar Refining, Inc., Florida Sugar Cane League, Rio Grande Valley Sugar Growers, Inc., Sugar Cane Growers Cooperative of Florida, United States Beet Sugar Association.  Also represented by MARY JANE ALVES, NICOLE BRUNDA, JAMES R. CANNON, JR.

ROSA JEONG, Greenberg Traurig, P.A, Washington, DC, for defendant-appellee Camara Nacional de las Industrias Azucarera y Alcoholera.  Also represented by IRWIN P. ALTSCHULER, SONALI DOHALE, FRANCHINY MANUEL OVALLE.

STEPHAN E. BECKER, Pillsbury Winthrop Shaw Pittman LLP, Washington, DC, for defendant-appellee Government of Mexico.  Also represented by MOUSHAMI PRABHAKAR JOSHI, I.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

July 19, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court